**Charles D. WEBB, Appellant, v. STATE of Texas, Appellee. (No. 11503.)**

Court of Criminal Appeals of Texas. Oct. 3, 1928.

Rehearing Denied Oct. 9, 1929.

M. T. Lively, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, aggravated assault; penalty, 30 days in the county jail.

Appellant was jointly tried with Horace Scott, and the record is identical with that of Scott v. State (No. 11505) 20 S.W.(2d) 426, this day affirmed.

For the reasons pointed out in said last-mentioned case, an affirmance is also ordered in the instant case.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

LATTIMORE, J. This is a companion case to that of Scott v. State (No. 11505) 20 S.W. (2d) 426, opinion on motion for rehearing this day handed down. The motion for rehearing filed by the appellant herein presents the same questions for our consideration. For the reasons set out in the opinion in Scott v. State, supra, the motion for rehearing will be overruled.

---

**Herbert GERTH, Appellant, v. STATE of Texas, Appellee. (No. 11504.)**

Court of Criminal Appeals of Texas. Oct. 3, 1928.

Rehearing Denied Oct. 9, 1929.

M. T. Lively, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, aggravated assault; penalty 30 days in the county jail.

Appellant was jointly tried with Horace Scott, and the record is identical with that of Scott v. State (Tex. Cr. App. No. 11505) 20 S.W.(2d) 426, this day affirmed.

For the reasons pointed out in said last-mentioned case, an affirmance is also ordered in the instant case.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

LATTIMORE, J. This is a companion case to that of Scott v. State (No. 11505), 20 S.W.(2d) 426, opinion on motion for rehearing this day handed down. The motion for rehearing filed by the appellant herein presents the same questions for our consideration. For the reasons set out in the opinion in Scott v. State, supra, the motion for rehearing will be overruled.